DONALD J. JONES et al., Appellants, v TOWN OF CARROLL et al.,
Respondents.

Submitted May 4, 2009; decided June 11, 2009

Motion for leave to appeal dismissed upon the ground that
the Appellate Division order does not finally determine the ac-
tion within the meaning of the Constitution, and the so ordered
stipulation does not qualify as a final judgment within the mean-
ing of CPLR 5602 (a) (1) (ii) to bring up for review the prior

nonfinal Appellate Division order because it was entered into without prejudice.

Judge PIGOTT taking no part.